# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BEVERLY PINKNEY, ) | CASE NO. 5: 09 CV 1794 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | MEMORANDUM OPINION |
| SECURITY, ) | AND ORDER |
| ) | |
| Defendant. ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF # 13). The Report and Recommendation, filed on December 1, 2009, is ADOPTED by this Court (ECF # 13), and Plaintiff's Motion to Dismiss is GRANTED (ECF # 12).

On December 1, 2009, Magistrate Judge Baughman recommended that this Court grant Plaintiff's Motion and dismiss the instant case. There were no objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge Baughman's Report and Recommendation to be correct. Therefore, the Report and Recommendation is ADOPTED (ECF # 13), and Plaintiff's Motion to Dismiss is GRANTED (ECF # 12). This case is TERMINATED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: December 23, 2009